# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

|                              |              |
|------------------------------|--------------|
| UNITED STATES OF AMERICA,    |              |
| v.                           | CR 609-044   |
| NATHAN ERIC CUTCHENS,        |              |
| Defendant.                   |              |

### ORDER

Before the Court is Defendant Nathan Cutchens' motion for compassionate release. Dkt. No. 75. For the reasons below, Cutchens' motion is **DENIED**.

### BACKGROUND

On October 8, 2009, before the late Honorable B. Avant Edenfield, Cutchens pleaded guilty to possession of firearms and ammunition by a convicted felon, armed career criminal, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Cutchens was classified as an Armed Career Criminal under 18 U.S.C. § 924(e), based on convictions for escape, robbery, terroristic threats, and felony obstruction. With a total offense level of 30, and a criminal history category VI, Cutchens' advisory guidelines range was 180 to 210 months' imprisonment. On January 26, 2010, Cutchens was sentenced to 192 months' imprisonment with the Bureau of Prisons ("BOP"), followed by five years' supervised release. Dkt.

No. 39. According to the BOP website, Cutchens is being housed at Coleman II United States Penitentiary in Sumterville, Florida and has a release date of February 24, 2023.

Cutchens did not file a direct appeal. On December 7, 2015, Cutchens filed a motion to vacate pursuant to 28 U.S.C. § 2255. Dkt. No. 47. His motion was denied and judgment entered in February 2016. Dkt. No. 55. On July 6, 2018, Cutchens filed another motion to vacate pursuant to 28 U.S.C. § 2255. Dkt. No. 58. The Court construed Cutchens' motion as a second or successive § 2255, determined it lacked jurisdiction to consider the motion, and dismissed it. Dkt. Nos. 59, 61. In March 2019, Cutchens petitioned the Court of Appeals for leave to file a successive § 2255 motion. Dkt. No. 63. The Court of Appeals denied his application, finding that Cutchens had failed to make the requisite prima facie showing. Dkt. No. 66. In January 2020, Cutchens moved for appointment of counsel. Dkt. No. 67. The Court denied his motion. Dkt. No. 70. In February 2020, Cutchens filed another motion with the Court, this time moving for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 71. The Court denied his motion, in part, because Cutchens had not "averred that he ha[d] exhausted his administrative remedies with the BOP as required by 18 U.S.C. § 3582(c)(1)(A)." Dkt. No. 73.

Cutchens now moves the Court—again—for compassionate release. While this time he puts forth some evidence regarding his medical

condition, he still has not averred that he has exhausted his administrative remedies with the BOP. Accordingly, Cutchens' motion, dkt. no. 75, is **DENIED**.

**SO ORDERED,** this 14th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA