# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

```
UNITED STATES OF AMERICA,       |
                                |
     v.                         |   CR 609-044
                                |
NATHAN ERIC CUTCHENS,           |
                                |
     Defendant.                 |
```

### ORDER

Before the Court is Defendant Nathan Cutchens' motion for sentence reduction pursuant to Federal Rule of Civil Procedure 60(b). Dkt. No. 77. Therein, Cutchens argues that he is no longer an Armed Career Criminal based on the Eleventh Circuit's recent opinion in United States v. Oliver, No. 17-15565, 2020 WL 1698918 (11th Cir. Apr. 8, 2020). Cutchens is once again attempting to circumvent having to obtain authorization from the Eleventh Circuit to file a successive § 2255 petition. Section 2255(h) requires that prisoners wishing to file a successive petition to collaterally challenge their conviction must first obtain permission from the Court of Appeals. Cutchens has not done so. The Court thus lacks jurisdiction to consider it. Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003).

Accordingly, Cutchens' motion, dkt. no. 77, is **DENIED**.

**SO ORDERED,** this 28th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA