FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 4:34 pm, Jul 23, 2020

# In the United States District Court for the Southern District of Georgia Statesboro Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 609-044 |
| NATHAN ERIC CUTCHENS, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Nathan Cutchens' successive motion for compassionate release. Dkt. No. 91. Cutchens' motion is **DISMISSED**.

In June 2020, Cutchens moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(B), as amended by the First Step Act. Dkt. No. 79. On July 21, 2020, the Court denied Cutchens' motion on the merits. Dkt. No. 89.

Section 404(c) of the First Step Act specifically states that "[n]o court shall entertain a motion made under this section to reduce a sentence . . . if a previous motion made under this section to reduce the sentence was, after the date of enactment of this Act, denied after a complete review of the motion on the merits." Pub. L. 115-391, 132 Stat. 5194 (2018). Because this Court has already reviewed Cutchens' initial First Step Act motion and denied it on the merits, the Court is now without jurisdiction to

review his second First Step Act motion. See <u>United States v. Johnson</u>, No. CR 108-110 (S.D. Ga. Apr. 24, 2020) (granting motion to dismiss under § 404(c) and explaining that "the Court may not address Defendant's second First Step Act motion"). Accordingly, Cutchens' motion for compassionate release, dkt. no. 91, is **DISMISSED.**

**SO ORDERED,** this 23 day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA